UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INSPIRED PHARMA SOLUTIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17cv1621 SNLJ |
| ) | |
| 5MRX LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion for leave to serve its expert report two days after the deadline. Plaintiff does not oppose the motion on the condition that it is allowed an additional two days to disclose any rebuttal witnesses and provide rebuttal reports.

Accordingly,

**IT IS HEREBY ORDERED** that defendant 5mRx, LLC's motion for leave to serve its expert report out of time (#49) is GRANTED.

**IT IS FURTHER ORDERED** that the deadlines for plaintiff to disclose rebuttal witnesses and reports is extended by two days.

Dated this __8th__ day of November, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE